5/25/20

Dear clerk:

I need to do a change of address.

Old Address:

⇔10420-036⇔
Gregory Violette
PO BOX *879
FMC Devens, CAMP
AYER, MA 01432-0879
United States

new address:

⇔10420-036⇔
Gregory P Violette
21 Summer ST
Madison, ME 04950
United States

FILED IN CLERKS OFFICE
2020 MAY 28 AM 10: 20
U.S. DISTRICT COURT
DISTRICT OF MASS.

Thank you!

*[signature]*

Gregory Paul Violette